IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Petitioner,

vs.                                                 Case No.: 3:08cv250/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 15, 2009 (Doc. 52).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

       Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  The third amended petition for writ of habeas corpus (Doc. 34) is **DENIED**.

       **DONE AND ORDERED** this 13th day of May, 2009.

                                  /s/ _Roger Vinson_
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**